**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-80968-DMM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

BOCA'S BEST EUROPEAN AND
DOMESTIC AUTO REPAIR INC., a
Florida Profit Corporation and IMMO INC.,
a Florida Profit Corporation

      Defendants.
_____/

## NOTICE OF SETTLEMENT

The undersigned counsel hereby files this Notice of Settlement and gives notice to this

Honorable Court that the parties are in the process of completing settlement documents which

will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of

Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-80968-DMM

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

BOCA'S BEST EUROPEAN AND
DOMESTIC AUTO REPAIR INC., a
Florida Profit Corporation and IMMO INC.,
a Florida Profit Corporation

      Defendants.

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff