**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-80968-CV-MIDDLEBROOKS

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

BOCA'S BEST EUROPEAN AND
DOMESTIC AUTO REPAIR INC., a Florida
Profit Corporation and IMMO INC., a
Florida Profit Corporation,

     Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed October 14, 2024. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE this CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Each party shall bear their own fees and costs.

(4) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of six months.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2024.

_____
Donald M. Middlebrooks
United States District Judge